| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
GQ NCF Clermont Cleaners, INC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-5477449

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2430 E Highway 50<br>Unit F-A<br>Clermont, FL 34711 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lake | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **GQ NCF Clermont Cleaners, INC**_____  Case number (*if known*)_____
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____8123____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **GQ NCF Clermont Cleaners, INC** Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000        ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Debtor **GQ NCF Clermont Cleaners, INC**                                                      Case number (*if known*)
       Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **GQ NCF Clermont Cleaners, INC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2024**
MM / DD / YYYY

X **/s/ Guillermo Gallegos**               **Guillermo Gallegos**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Robert A. Stiberman**              Date **May 6, 2024**
Signature of attorney for debtor                MM / DD / YYYY

**Robert A. Stiberman 0132799**
Printed name

**Stiberman Law, P.A.**
Firm name

**2601 Hollywood Blvd.**
**Hollywood, FL 33020**
Number, Street, City, State & ZIP Code

Contact phone **954-239-7464**    Email address **ras@stibermanlaw.com**

**0132799 FL**
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In the Matter of:

GQ NCF Clermont Cleaners, INC

    Debtor

_____/

Case No:
Chapter 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, *Guillermo Gallegos,* declare, under penalty of perjury, that I am the President of GQ NCF Clermont Cleaners, INC (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Member(s) of said corporation at a special meeting duly called and held on 04/10/2024.

    "**Whereas,** it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    **Be It Therefore Resolved,** that *Guillermo Gallegos,* President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation;
And

    **Be It Further Resolved,** that *Guillermo Gallegos,* President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    **Be It Further Resolved,** that *Guillermo Gallegos,* President of this corporation is authorized and directed to employ Robert Stiberman and Joel Aresty as co-counsel to represent the corporation in the bankruptcy case.

Signed

X _____
Guillermo Gallegos
President

Fill in this information to identify the case:

Debtor name: **GQ NCF Clermont Cleaners, INC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alexander Quintanilla** Avenida Luis Camões Torre Xpress Caracas, Venezuela | | **Loan** | | | | $50,000.00 |
| **Arlette Fernandez** Res. Cristofaro Colombo Apt 4AT Maracay, Venezuela | | **Loan** | | | | $35,500.00 |
| **Delta Bridge Funding LLC** 1200 S Pine Island Rd Suite 470 Fort Lauderdale, FL 33324 | | | **Contingent Unliquidated Disputed** | $26,180.30 | $0.00 | $26,180.30 |
| **E Advance** c/o RTR Recovery LLC 122 East 42nd ST Suite 2112 New York, NY 10168 | | | **Contingent Unliquidated Disputed** | $47,220.85 | $0.00 | $47,220.85 |
| **Fabri Clean Supply ofFlorida** 6401 Badger Drive #200 Tampa, FL 33610 | | **Vendor** | | | | $3,050.52 |
| **Fratello Capital, LLC** 1979 Marcus Ave Suite 210 New Hyde Park, NY 11042 | | | **Contingent Unliquidated Disputed** | $106,525.00 | $0.00 | $106,525.00 |

Debtor **GQ NCF Clermont Cleaners, INC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fundworks, LLC**<br>299 South Main Street<br>Suite 1300<br>PMB 93894<br>Salt Lake City, UT 84111 | | | **Contingent Unliquidated Disputed** | $96,014.25 | $0.00 | $96,014.25 |
| **GreenEarth Cleanning LLC**<br>51 W 135th ST<br>Kansas City, MO 64145 | | **Vendor** | | | | $4,861.66 |
| **Guillermo E. Gallegos H**<br>2777 Shearwater Street<br>Clermont, FL 34711 | | **Loan** | | | | $75,000.00 |
| **Lake County Tax Collector**<br>550 We st Main Street<br>Post Office Box 7800<br>Tavares, FL 32778-7800 | | **Tangible Property Taxes** | | | | $14,807.57 |
| **Lidic Bracho**<br>2777 Shearwater St<br>Clermont, FL 34711 | | **Loan** | | | | $22,000.00 |
| **Majesty Plaza LLC**<br>1304 Ocoee Apopka Road<br>Ocoee, FL 34761 | | **Rent** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Rapid Finance**<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814 | | | **Contingent Unliquidated Disputed** | $58,025.00 | $0.00 | $58,025.00 |
| **State of Florida Dept of Rev**<br>900 N 14th ST<br>Suite 201<br>Leesburg, FL 34748 | | **Sales and Use Tax** | | | | $8,238.24 |
| **Uptown Fund LLC**<br>c/o Michael Scarpati<br>500 Lovett Blvd<br>Suite 225<br>Houston, TX 77006 | | | **Contingent Unliquidated Disputed** | $51,006.18 | $0.00 | $51,006.18 |
| **Vladimir Mansila**<br>Av Bella Vista<br>Sector la Mur<br>Maturin, Venezuela | | **Loan** | | | | $55,000.00 |

GQ NCF Clermont Cleaners, INC
2430 E Highway 50
Unit F-A
Clermont, FL 34711

Robert A. Stiberman
Stiberman Law, P.A.
2601 Hollywood Blvd.
Hollywood, FL 33020

Alexander Quintanilla
Avenida Luis Camões
Torre Xpress
Caracas, Venezuela

Arlette Fernandez
Res. Cristofaro Colombo
Apt 4AT
Maracay, Venezuela

Boyette Cummins & Nailos
1635 E Highway 50
Suite 300
Clermont, FL 34711

CLOUDFUND LLC
400 Rella Blvd.
Suite 165-101
Suffern, NY 10901

Delta Bridge Funding LLC
 1200 S Pine Island Rd
Suite 470
Fort Lauderdale, FL 33324

E Advance
c/o RTR Recovery LLC
122 East 42nd ST
Suite 2112
New York, NY 10168

Fabri Clean Supply ofFlorida
6401 Badger Drive
#200
Tampa, FL 33610

Fratello Capital, LLC
1979 Marcus Ave
Suite 210
New Hyde Park, NY 11042

Fundworks, LLC
299 South Main Street
Suite 1300
PMB 93894
Salt Lake City, UT 84111

GM Financial
PO Box 99605
Arlington, TX 76096

GreenEarth Cleanning LLC
51 W 135th ST
Kansas City, MO 64145

Guillermo E. Gallegos H
2777 Shearwater Street
Clermont, FL 34711

Guillermo H. Gallegos
2777 Shearwater Street
Clermont, FL 34711

International Cleaners Corp
Attn: Salomon Mishaan
1874 N Young Circle
Hollywood, FL 33020

Lake County Tax Collector
550 We st Main Street
Post Office Box 7800
Tavares, FL 32778-7800

Lidic Bracho
2777 Shearwater St
Clermont, FL 34711

Majesty Plaza LLC
1304 Ocoee Apopka Road
Ocoee, FL 34761

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

Regent & Associates
500 Lovett Blvd
Suite 225
Houston, TX 77006

State of Florida Dept of Rev
900 N 14th ST
Suite 201
Leesburg, FL 34748

Uptown Fund LLC
c/o Michael Scarpati
500 Lovett Blvd
Suite 225
Houston, TX 77006

Vladimir Mansila
Av Bella Vista Sector la Mur
Maturin, Venezuela